UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>TRAVIS LEE BROWN,<br><br>                  Defendant. | CR-23-51-GF-BMM<br><br>FINDINGS AND RECOMMENDATION CONCERNING PLEA |

      Defendant Travis Brown (Brown) has appeared before me by consent under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of Conspiracy to Distribute Fentanyl and one count of Prohibited Person in Possession of a Firearm as charged in Counts 1 and 4 of the Indictment.

      After examining the Brown under oath, I make the following determinations:

      1.  Brown is fully competent and capable of entering an informed and voluntary plea;

      2.  Brown is aware of the nature of the charge against him and consequences of pleading guilty to the charge;

3.  Brown fully understands his constitutional rights and the extent to which he is waiving those rights by pleading guilty; and

4.  Brown's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact sufficient to prove each of the essential elements of the count charged.

The Court further concludes Brown had adequate time to review the Plea Agreement with counsel, he fully understands each and every provision of the Plea Agreement, and all of the statements in the Plea Agreement are true.  Therefore, I recommend that the Brown be adjudged guilty of Counts1 and 4 of the Indictment and that sentence be imposed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report.**

DATED this 2nd day of April, 2024.

_____
John Johnston
United States Magistrate Judge