**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 23-51-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **FINAL ORDER OF FORFEITURE** |
| **TRAVIS LEE BROWN,** | |
| **Defendant.** | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture.  Having reviewed said motion, the Court finds:

1.      The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11), 18 U.S.C. § 924(d) and Rule 32.2, Federal Rules of Criminal Procedure.

2.      A Preliminary Order of Forfeiture was entered on April 19, 2024. (Doc. 74).

3.      All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1), 18 U.S.C. §§ 924(d) and 982(b)(1).  (Docs. 44, 44-1).

4.      It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and 881(a)(11), 18 U.S.C. § 924(d) and Rule 32.2, Federal Rules of Criminal Procedure.

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11), 18 U.S.C. § 924(d) and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- 2007 Lexus IS 250 Gray in color with VIN JTHCK262475014362; and
- HS Produkt, Springfield Hellcat, 9mm caliber pistol with serial number BA479427;
- Magazine and cartridge from Springfield Hellcat;
- Magazine and cartridge from safe;
- 2 miscellaneous cartridges from safe; and,
- Ammunition.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 26th day of July, 2024.


_____
Brian Morris, Chief District Judge
United State District Court